# ELECTRONIC RECORD

1057-15

COA # 14-14-00262-CR

OFFENSE: Aggravated Assault

STYLE: Ismael Trevino v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 180th District Court

DATE: July 23, 2015    Publish: Yes

TC CASE #:1416917

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Ismael Trevino v The State of Texas

CCA # _____

__APPELLANT'S__    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: __11/04/2015__

JUDGE: _____

CCA Disposition: __1057-15__

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____